No. 66725.—A. Zerkowitz & Co., Inc. *v.* United States, protests 60/31217, etc. (Philadelphia).

Opinion by OLIVER, C. J. Following Abstract 54925, the protests were dismissed.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in Abstract 66724.